UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADONNA M. KNOPP, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | No. CV-09-0076-CI <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 18.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall conduct a de novo hearing.  The ALJ shall also evaluate the mental limitations assessed by Ronald L. Ortiz, M.D.; the postural and environmental

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Case 2:09-cv-00076-CI   Document 19   Filed 12/03/09

limitations assessed by Robert J. Rose, M.D.; and the manipulative limitations assessed by Henry K. Hamilton, M.D. The ALJ shall also re-assess Plaintiff's residual functional capacity, using vocationally relevant terms. The ALJ shall also obtain updated medical evidence pertaining to Plaintiff's carpal tunnel syndrome, and shall address the lay statement of Plaintiff's mother. Finally, if necessary the ALJ shall obtain vocational expert testimony.

    2. Judgment shall be entered for the **PLAINTIFF**.

    3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 13**) is dismissed as moot.

    4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

Dated this 3rd day of December, 2009.

                            s/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2